**<u>Exhibit C</u>**



ПУБЛИЧНОЕ АКЦИОНЕРНОЕ
ОБЩЕСТВО «ТАТНЕФТЬ»
имени В.Д. Шашина
(ПАО «Татнефть» им. В.Д. Шашина)

ул. Ленина, 75, г. Альметьевск,
Республика Татарстан, 423450

В.Д. Шашин исемендәге
«ТАТНЕФТЬ» АЧЫК
АКЦИОНЕРЛЫК ҖӘМГЫЯТЕ
(В.Д. Шашин исемендәге «Татнефть» АҖ)

Ленин ур., 75, Әлмәт шәһәре,
Татарстан Республикасы, 423450

December 29, 2016

BY REGISTERED MAIL

Mr. Pavlo Petrenko
Minister of Justice
Ministry of Justice of Ukraine
13, Horodetskogo Street
Kiev 01001
Ukraine

Re:   Demand for Payment of Compensation Awarded to JSC Tatneft

Dear Mr. Petrenko,

We write in connection with the Final Award issued on July 29, 2014 by the Arbitral Tribunal in the arbitration commenced by JSC Tatneft against Ukraine under the Agreement between the Government of the Russian Federation and the Cabinet of Ministers of the Ukraine on the Encouragement and Mutual Protection of Investments of November 27, 1998 ("Russia-Ukraine BIT").

The Tribunal held that Ukraine violated the Russia-Ukraine BIT and awarded as compensation for Ukraine's breaches of the Russia-Ukraine BIT US$ 112 million plus pre-award and post-award interest, as set forth in paragraph 642(2)-(3) of the Final Award.  In a decision dated November 29, 2016, the Paris Court of Appeals confirmed the validity of the Final Award in rejecting Ukraine's request for annulment.

The compensation owed to Tatneft has not been paid, notwithstanding Ukraine's obligation under the Russia-Ukraine BIT and the UNCITRAL Rules of Arbitration to satisfy the Final Award without delay.  We write to demand the prompt payment of the total amount of compensation owed to Tatneft by Ukraine, which to date is US$ 142,670,000.

We expect that Ukraine will remit payment of the total amount owed to Tatneft by February 15, 2017 to the following bank account:

1

Ministry of Justice of Ukraine, p. 2

PJSC "Tatneft"
75, Lenin St., Almetyevsk, Tatarstan



If Ukraine fails to make payment by February 15, 2017, Tatneft will commence enforcement actions to compel Ukraine to comply with the Final Award.  Tatneft reserves all rights.

Sincerely,

Nail U. Maganov

General Director
PJSC Tatneft



2