**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PAO TATNEFT, <br><br> Petitioner/Plaintiff, <br><br> v. <br><br> UKRAINE, <br><br> Respondent/Defendant. | **Civil Action No. 17-582 (CKK)** |

**ORDER**
(May 2, 2018)

On April 17, 2018, Respondent Ukraine filed a [36] Notice of Appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order and Memorandum Opinion, ECF Nos. 33 and 34, entered on March 19, 2018. Ukraine asserts that an appeal of an order denying a motion to dismiss on sovereign immunity grounds divests this Court of its jurisdiction until the appeal is resolved, and thus, the case is effectively stayed until that time. On April 27, 2018, Petitioner Pao Tatneft filed its [38] Response to Respondent's Position on a Stay of Further Proceedings in the District Court. Pao Tatneft argues that this Court retains jurisdiction to adjudicate its Petition to Confirm an Arbitration Award, which underlies this case, because Ukraine's remaining objections to the Petition are unrelated to the issues being considered on appeal. Respondent Ukraine's [39] Reply in support of its Notice of Appeal, filed on April 30, 2018, reaffirmed its proffer that where a sovereign files an appeal with regard to jurisdiction, the district court must wait until the appellate court resolves that threshold issue before proceeding with the case.

This Court has reviewed the parties' submissions and concluded that because the issue of

this Court's jurisdiction has been challenged by Ukraine, and that issue is pending before the Court of Appeals for the D.C. Circuit, this Court currently lacks the jurisdiction required to resolve any challenges to Pao Tatneft's Petition.  Accordingly, it is this 2nd day of May, 2018,

**ORDERED** that all proceedings in this matter shall be STAYED until the D.C. Circuit issues its mandate in *Pao Tatneft v. Ukraine*, Case No. 18-7057 (D.C. Cir.).

**SO ORDERED.**

_____/s/_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge