IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAO TATNEFT, | ) |
| Petitioner/Plaintiff, | ) |
| v. | ) Civil Action No. 17-582 (CKK) |
| UKRAINE, | ) |
| Respondent/Defendant. | ) |

**NOTICE BY THE UNITED STATES OF POTENTIAL PARTICIPATION**

The United States of America, by and through undersigned counsel, hereby respectfully advises the Court that the United States is considering participating in this litigation as allowed by 28 U.S.C. § 517. That statute authorizes the Attorney General of the United States to send any officer of the Department of Justice to "attend to the interests of the United States in a suit pending in a court of the United States, or in the courts of a State, or to attend to any other interest of the United States." 28 U.S.C. § 517.

As this Court knows, PAO Tatneft ("Tatneft") seeks information from Ukraine and nineteen non-party entities through discovery in aid of execution of Tatneft's 2014 foreign arbitral award entered against Ukraine, which was confirmed by this Court. *See* Dkt. No. 50. Ukraine has argued that Tatneft's document requests are overbroad and not reasonably calculated to lead to the discovery of attachable property in the United States to satisfy the judgment of this Court. *See* Dkt. No. 81. Ukraine has also expressed serious concerns that any information provided to Tatneft would be shared with the Russian Federation government, pointing out that the Chairman of Tatneft's Board is the Head of Tatarstan, a political subdivision of the Russian

Federation, and that Tatarstan retains a golden share interest in the company with a veto power over important decisions. Sharing such information with the Russian Federation would, according to Ukraine, undermine its national security and economic interests at a particularly sensitive time. *See* Dkt. No. 90. Yesterday, President Putin authorized troops deployed into Ukrainian territory without Ukraine's consent; events on the ground are moving quickly and look extremely threatening to Ukraine's national security. *See* Remarks by President Joseph R. Biden, White House (Feb. 22, 2022), https://www.whitehouse.gov/briefing-room/speeches-remarks/2022/02/22/remarks-by-president-biden-announcing-response-to-russian-actions-in-ukraine/.

The United States recognizes that the Court has already granted Tatneft's motion to compel and established a schedule for the production of documents. *See* Dkt. Nos. 83, 89. The United States also understands that, on February 18, 2022, Ukraine moved for an extension of its February 28, 2022 production deadline, representing that Ukraine recently amended its regulations "to include an express authorization to provide security in foreign judicial proceedings" and that Ukraine is exploring ways to provide a security in order to seek a stay of further proceedings. Dkt. No. 98.

In light of the current international crisis, the United States is actively considering whether to file a Statement of Interest with the Court addressing U.S. foreign policy interests potentially implicated by discovery proceedings before this Court. The process for deciding whether to file a Statement of Interest is underway and involves coordination among multiple government agencies and the approval of the U.S. Department of Justice through the Office of the Assistant Attorney General for the Civil Division.

To preserve the status quo while those deliberations are ongoing, the United States respectfully requests that the Court grant Ukraine's motion to extend the current February 28, 2022 production deadline to March 18, 2022. The United States appreciates the Court's consideration of its potential interest in this matter in light of the current extraordinary circumstances.

Respectfully submitted this 22nd day of February, 2022.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MATTHEW M. GRAVES
United States Attorney

ANTHONY J. COPPOLINO
Deputy Director

 /s/ *Bradley P. Humphreys*
Bradley P. Humphreys (D.C. Bar. No. 099857)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.: (202) 305-0878
Email: Bradley.Humphreys@usdoj.gov

*Attorneys for the United States of America*