# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

No. 20-7091                                             September Term, 2021
                                                   FILED ON: DECEMBER 28, 2021

PAO TATNEFT,
      APPELLEE

v.

UKRAINE, C/O MR. PAVLO PETRENKO, MINISTER OF JUSTICE,
      APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:17-cv-00582)

Before: SRINIVASAN, *Chief Judge*, and HENDERSON, *Circuit Judge*, and EDWARDS, *Senior Circuit Judge*

## **J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court enforcing the arbitration award against Ukraine be affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

            **FOR THE COURT:**
            Mark J. Langer, Clerk

BY:   /s/

            Daniel J. Reidy
            Deputy Clerk

Date: December 28, 2021

Opinion for the court filed by Circuit Judge Henderson.