IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAO TATNEFT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 1:17-cv-00582-CKK |
| | ) |
| UKRAINE, | ) |
| | ) |
| Respondent. | ) |

**JOINT MOTION FOR A MORATORIUM ON DISCOVERY**

Due to the war in Ukraine, the parties jointly move for a moratorium on discovery and all related proceedings before this Court, consistent with the parties' right to modify ordinary discovery procedures by stipulation, pursuant to the inherent authority of the Court, and in the interest of justice. *See* Fed. R. Civ. P. 29(b); *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). Tatneft has stipulated that discovery should be suspended until further order of the Court.

Dated: March 4, 2022                                             Respectfully submitted,

 /s/ Jonathan I. Blackman                                         /s/ Maria Kostytska
Jonathan I. Blackman                                             Maria Kostytska (D.C. Bar # 500678)
Cleary Gottlieb Steen & Hamilton                        Winston & Strawn, LLP
One Liberty Plaza                                                    68 rue du Faubourg Saint Honoré
New York, New York                                            Paris 75008, France
(212) 225-2000                                                        (202) 282-5841
(212) 225-3999 (fax)                                              (331) 53648220 (fax)

*Counsel for Petitioner*                                         *Counsel for Respondent*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March 2022 I caused the foregoing Motion for a Moratorium on Discovery to be electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

    /s/ Maria Kostytska
Maria Kostytska (D.C. Bar # 500678)
Winston & Strawn, LLP
68 rue du Faubourg Saint Honoré
Paris 75008, France
(202) 282-5841
(331) 53648220 (fax)

*Counsel for Respondent*