# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PAO TATNEFT, )
       Petitioner, )
v. ) Civil Action No. 1:17-cv-00582-CKK
UKRAINE, )
       Respondent. )

## ORDER

Upon consideration of the parties' Joint Motion for a Moratorium on Discovery, it is hereby **ORDERED** that the Motion is **GRANTED**. Discovery and discovery-related proceedings are suspended until further order of the Court.

**SO ORDERED.**

Date: March 4, 2022

_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge