UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PAO TATNEFT | ) <br> ) <br> ) |
| Petitioner, | ) <br> ) |
| v. | ) Civil Docket No. 1:17-cv-00582-CKK |
| UKRAINE | ) <br> ) <br> ) |
| Respondent. | ) <br> ) <br> ) |

**NOTICE OF WITHDRAWAL OF APPEARANCES**

To the Clerk of this Court and all Parties of record:

Pursuant to LCvR 83.6(b) please withdraw the appearances of Maria Kostytska and Linda T. Coberly as counsel for Respondent Ukraine ("Ukraine"). There is no trial date set in this action. Ukraine will continue to be represented by Robert M. Shaw and Zachary Porter Lundgren of Holland & Knight LLP, counsel who have filed appearances.

/s/ Maria Kostytska
Maria Kostytska
WINSTON & STRAWN LLP
1901 L Street N.W.
Washington D.C. 20036-3506
(202) 282-5000
mkostytska@winston.com

Dated: June 27, 2025

**CERTIFICATE OF SERVICE**

    I hereby certify pursuant to LCvR 5.3 that today, June 27, 2025, I filed the foregoing document via the Court's ECF filing system, and I will serve a paper copy via first-class mail to any unregistered participants listed in the Notice of Electronic Filing.

                                               /s/ Maria Kostytska
                                               MARIA KOSTYTSKA